RECEIVED
IN ALEXANDRIA, LA.

JUL 1 5 2013

TONY R. MOORE, CLERK
BY
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RAY A. MALBROUGH,                   CIVIL ACTION
        Appellant                   NO. 2:12-CV-00958

VERSUS

CAROLYN W. COLVIN, ACTING           JUDGE JAMES T. TRIMBLE
COMMISSIONER OF SOCIAL SECURITY,    MAGISTRATE JUDGE JAMES D. KIRK
        Appellee

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Malbrough's appeal is GRANTED, the final decision of the Commissioner is REVERSED, Malbrough is AWARDED DISABILITY INSURANCE BENEFITS PURSUANT TO LISTING 12.05(C), and Malbrough's case is REMANDED to the Commissioner for a CALCULATION OF BENEFITS.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_____, Louisiana, on this _15th_ day of _July_____ 2013.

_____
JAMES      T.      TRIMBLE
UNITED STATES DISTRICT JUDGE